IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Marie Assa'ad-Faltas, | ) | C/A No.: 3:22-2018-TLW-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Washava Moye, Henry Dargan McMaster, Donald John Zelenka, Sara Heather Savitz Weiss, and All Other Unknown Named Persons, | ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) ) | |

    This is a civil action filed by a pro se litigant. Under Local Civ. Rule 73.02(B)(2)(e) (D.S.C.), pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge.

TO THE CLERK OF COURT:

    The Clerk of Court is directed *not* to issue the summons at this time.

    IT IS SO ORDERED.

September 21, 2022  
Columbia, South Carolina

Shiva V. Hodges  
United States Magistrate Judge