AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Marie Assa'ad-Faltas,<br>*Plaintiff,*<br>v.<br><br>Washava Moore *officially as Interim Director of Alvin S. Glen Detention Center ("ASGDC"), for injunctive relief and declaratory relief, and individually for damages;* Henry Dargan McMaster *solely officially as Governor of South Carolina ("SC"), and solely for declaratory and injunctive relief;* Donald John Zelenka *officially as Deputy Attorney General of South Carolina ("SCAG") and as Chief of SCAG's office's Criminal Division, officially for declaratory and injunctive relief, and individually for damages;* all other unknown-names persons *who injured and/or conspired to injured Plaintiff;* Sara Heather Savitz Weiss *individually for damages*,<br>*Defendants.* | )<br>)<br>)<br>)<br>) Civil Action No.   3:22-cv-02018-TLW |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

■ The plaintiff, Marie Assa'ad-Faltas, shall take nothing of the defendants, Washava Moore *officially as Interim Director of Alvin S. Glen Detention Center ("ASGDC"), for injunctive relief and declaratory relief, and individually for damages,* Henry Dargan McMaster *solely officially as Governor of South Carolina ("SC"), and solely for declaratory and injunctive relief*, Donald John Zelenka *officially as Deputy Attorney General of South Carolina ("SCAG") and as Chief of SCAG's office's Criminal Division, officially for declaratory and injunctive relief, and individually for damages,* all other unknown-names persons *who injured and/or conspired to injured Plaintiff* and Sara Heather Savitz Weiss *individually for damages*, and this action is dismissed with prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Terry L. Wooten, Senior United States District Judge, presiding, accepting the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the action.

Date:  November 7, 2022  ROBIN L. BLUME, CLERK OF COURT

s/L. Baker

*Signature of Clerk or Deputy Clerk*